IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLLIE M. FUTRELL,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:19-CV-0054-S-BH |
| JPMORGAN CHASE BANK, NA,<br>Defendant. | § § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has not timely filed an amended complaint as allowed by the recommendation, *Defendant's Motion to Dismiss*, filed January 8, 2019 (doc. 4), is **GRANTED**. By separate judgment, Plaintiff's claims against Defendant will be **DISMISSED with prejudice**.

SIGNED this 21 day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE